L. Wallace Pate (SBN 79523)
LAW OFFICES OF L. WALLACE PATE
9903 Santa Monica Boulevard, Suite 3100
Beverly Hills, CA 90212
Telephone: (310) 895-9570

John P. McNicholas (SBN 33530)
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90024-4338
Telephone: (310) 474-1582
Facsimile: (310) 475-7871

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA GARCIA ARANDA, an individual; ALFREDO ARANDA, an individual; and Minor Plaintiff B.A., by and through his Guardian ad Litem, Karla Garcia Aranda,<br><br>  Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, a public entity, LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, a subdivision of the County of Los Angeles; RUBEN JIMENEZ, an individual; MELISSA RAMIREZ, an individual; LYDIA BUENO, an individual; ALEXANDRA RONCES, an individual; GLADYS ESCOBEDO, an individual; EVITA SALAS, an individual, ANTONIA LOPEZ, an individual ; RACHEL SIMONS, an individual; GLORIA MEJIA, an individual; STEPHANIE MORALES, an individual; LAURA LUNA, an | Case No.: 2:19-cv-01770-RGK-RAO<br>*[Assigned for all purposes to the Honorable R. Gary Klausner]*<br><br>**[PROPOSED] ORDER RE: PLAINTIFF KARLA GARCIA ARANDA'S REQUEST FOR DISMISSAL** |

individual; SANDRA JIMENEZ, an individual; OFFICER PACHECO, an individual; OFFICER ESPINOZA, an individual, and DOES 1-50,

Defendants.

The Court, having read and considered the request of the Plaintiff, KARLA GARCIA ARANDA, for her dismissal in this case in her individual capacity only so that she may proceed to prosecute it as the Guardian ad Litem for her son, Bryan Aranda, and

GOOD CAUSE APPEARING, it is ordered that the request of Plaintiff, KARLA GARCIA ARANDA, in her individual capacity only, is GRANTED.

Dated: _____, 2019

_____
R. GARY KLAUSNER
United States District Judge

2
[PROPOSED] ORDER RE: PLAINTIFF KARLA GARCIA ARANDA'S REQUEST FOR DISMISSAL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 10866 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024.

On April 3, 2019, I electronically filed the document entitled **[PROPOSED] ORDER RE: PLAINTIFF KARLA GARCIA ARANDA'S REQUEST FOR DISMISSAL,** with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| **Attorneys for Defendants, County of Los Angeles, et al.:** <br> Avi Burkwitz, Esq. <br> Ryan A. Graham, Esq. <br> Peterson Bradford Burkwitz <br> 100 North First Street, Suite 300 <br> Burbank, CA 91502 <br> Tel: (818) 562-5800 <br> Fax: (818) 562-5810 <br> Email: aburkwitz@pbbllp.com <br> Email: rgraham@pbbllp.com | |
|---|---|

**X   (BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)** In accordance with the electronic filing procedures of this Court, service has been effectuated on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

**X   (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 3, 2019, at Los Angeles, California.

                          /s/   Baeza Mejia
                            Baeza Mejia