1  L. Wallace Pate (SBN 79523)
2  LAW OFFICES OF L. WALLACE PATE
   9903 Santa Monica Boulevard, Suite 3100
3  Beverly Hills, CA 90212
4  Telephone: (310) 895-9570

5  John P. McNicholas (SBN 33530)
6  McNICHOLAS & McNICHOLAS, LLP
   10866 Wilshire Boulevard, Suite 1400
7  Los Angeles, CA  90024-4338
   Telephone: (310) 474-1582
8  Facsimile: (310) 475-7871

9
10  Attorneys for Plaintiffs

11

12                 **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14
15  KARLA GARCIA ARANDA, an          | Case No.: 2:19-cv-01770-RGK-RAO
    individual; ALFREDO ARANDA, an   | *[Assigned for all purposes to the*
16  individual; and Minor Plaintiff B.A., by | *Honorable R. Gary Klausner]*
    and through his Guardian ad Litem, Karla |
17  Garcia Aranda,                   | **NOTICE OF WITHDRAWAL OF**
                                     | **STATEMENT OF NOTICE OF**
18              Plaintiffs,          | **NON-OPPOSITION AND**
19        v.                         | **REQUEST FOR 30-DAY**
                                     | **CONTINUANCE OF**
20  COUNTY OF LOS ANGELES, a public  | **DEFENDANTS' RULE 12(b)(6)**
    entity, LOS ANGELES DEPARTMENT   | **MOTION FOR INCOMING**
21  OF CHILDREN AND FAMILY           | **COUNSEL TO RESPOND TO THE**
    SERVICES, a subdivision of the County of | **MOTION BY PLAINTIFF KARLA**
22  Los Angeles; RUBEN JIMENEZ, an   | **GARCIA ARANDA AND MINOR**
23  individual; MELISSA RAMIREZ, an  | **PLAINTIFF, B.A., BY HIS**
    individual; LYDIA BUENO, an individual; | **GUARDIAN AD LITEM, KARLA**
24  ALEXANDRA RONCES, an individual; | **GARCIA ARANDA**
    GLADYS ESCOBEDO, an individual;  |
25  EVITA SALAS, an individual, ANTONIA |
    LOPEZ, an individual ; RACHEL     | Date:        May 20, 2019
26  SIMONS, an individual; GLORIA MEJIA, | Time:        9:00 a.m.
27  an individual; STEPHANIE MORALES, | Courtroom: 850, 8th Floor
28  an individual; LAURA LUNA, an    |

individual; SANDRA JIMENEZ, an
individual; OFFICER PACHECO, an
individual; OFFICER ESPINOZA, an
individual,  and DOES 1-50,

Defendants.

Complaint Filed:  August 15, 2018

TO ALL PARTIES AND THEIR COUNSEL:

KINDLY TAKE NOTICE that Plaintiffs, KARLA GARCIA ARANDA, and
Minor Plaintiff, B.A., by and through his Guardian ad Litem, Karla Garcia Aranda
hereby withdraw their Notice of Non-Opposition to Defendants' 12(b)(6) Motion
and requests a 30-day continuance of the hearing of the motion for incoming
counsel to respond to the motion.

DATED:  May 6, 2019          LAW OFFICES OF L. WALLACE PATE

MCNICHOLAS & MCNICHOLAS, LLP

By:  /s/  John P. McNicholas
          John P. McNicholas
          Attorney for Plaintiffs

NOTICE OF WITHDRAWAL OF STATEMENT OF NOTICE OF NON-OPPOSITION TO DEFENDANTS'
RULE 12(b)(6) MOTION

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

       I am a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 10866 Wilshire Blvd., Suite 1400, Los Angeles, CA  90024.

       On May 6, 2019, I electronically filed the document entitled **NOTICE OF WITHDRAWAL OF STATEMENT OF NOTICE OF NON-OPPOSITION AND REQUEST FOR 30-DAY CONTINUANCE OF DEFENDANTS' RULE 12(b)(6) MOTION FOR INCOMING COUNSEL TO RESPOND TO THE MOTION BY PLAINTIFF KARLA GARCIA ARANDA AND MINOR PLAINTIFF, B.A., BY HIS GUARDIAN AD LITEM, KARLA GARCIA ARANDA,** with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| **Attorneys for Defendants, County of Los Angeles, et al.:** | Via Electronic Mail: <br> **New Counsel for Plaintiffs:** |
|---|---|
| Avi Burkwitz, Esq. <br> Ryan A. Graham, Esq. <br> Peterson Bradford Burkwitz <br> 100 North First Street, Suite 300 <br> Burbank, CA 91502 <br> Tel: (818) 562-5800 <br> Fax: (818) 562-5810 <br> Email: aburkwitz@pbbllp.com <br> Email: rgraham@pbbllp.com | Olu K. Orange, Esq. <br> Orange Law Offices, P.C. <br> 3435 Wilshire Boulevard, Suite 2910 <br> Los Angeles, CA 90010 <br> Tel: (213) 736-9900 <br> Fax: (213) 417-8800 <br> Email: orangelawoffices@att.net <br><br> Rachel Steinback, Esq. <br> The Law Office of Rachel Steinback <br> P.O. Box 291253 <br> Los Angeles, CA 90029-9253 <br> Tel: (213) 537-5370 <br> Email: SteinbackLaw@gmail.com |

**X**    **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**  In accordance with the electronic filing procedures of this Court, service has been effectuated on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

**X**    **(BY ELECTRONIC MAIL)** (*as noted above*) The above-described document(s) were sent by electronic transmission to the law office(s) stated in the attached Service List.  The transmission was reported as complete and without error.

**X**    **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on May 6, 2019, at Los Angeles, California.

             /s/   Baeza Mejia
                  Baeza Mejia

3