**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dan Stormer, Esq. [S.B. #101967]<br>Brian Olney, Esq. [S.B. #086021]<br>HADSELL STORMER & RENICK LLP<br>128 N. Fair Oaks Ave., Pasadena, CA 91103<br>TELEPHONE NO.: (626) 585-9600   FAX NO. *(Optional)*: (626) 577-7079<br>E–MAIL ADDRESS *(Optional)*: dstormer@hadsellstormer.com/bolney@hadsellstormer.com<br>ATTORNEY FOR *(Name)*: Plaintiffs Karla Garcia Aranda, et al. | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: USDC - Central District

PLAINTIFF/PETITIONER: Karla Garcia Aranda, et al.
DEFENDANT/RESPONDENT: County of Los Angeles, et al.

CASE NUMBER: 19-cv-1770 RGK (RAO)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: See Attachment

3. a. Party served *(specify name of party as shown on documents served)*:
      Defendant, Anthony Pacheco

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      E. Parra, Watch Deputy, authorized to accept service for Defendant Anthony Pacheco

4. Address where the party was served:
   East Los Angeles Sheriff's Station, 5019 E. 3rd Street, East Los Angeles, CA 90022

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: June 7, 2019    (2) at *(time)*: 4:38 p.m.
   b. ☐ **by substituted service.** On *(date)*:      at *(time)*:      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:      from *(city)*:      **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Karla Garcia Aranda, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: County of Los Angeles, et al. | 19-cv-1770 RGK (RAO) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: David Hannah
   b. Address: 128 N. Fair Oaks Avenue, Pasadena, California 91103
   c. Telephone number: (626) 585-9600
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 10, 2019

David Hannah
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*
(SIGNATURE)

## PROOF OF SERVICE OF SUMMONS ATTACHMENT

2.f.: Notice of Removal of Action Pursuant to 28 USC §§ 1441(a) and 1446(a)-(b) by Defendant County of Los Angeles (Dkt. 1); Declaration of Ryan A. Graham, Esq. in Support of Notice of Removal of Action Pursuant to 28 USC §§ 1441(a) and 1446(a)-(b) by Defendant County of Los Angeles and Exhibits1-4 (Dkt. 1-1—1-5); Certification and Notice of Interested Parties (Dkt. 2); Civil Cover Sheet (Dkt. 3); Notice of Assignment to United States Judges (Dkt. 4); Notice to Parties of Court-Directed ADR Program (Dkt. 5); Standing Order Regarding Newly Assigned Cases (Dkt. 6); Proof of Service of Summons – Los Angeles Department of Children and Family Services (Dkt. 7); Proof of Service of Summons – Ruben Jimenez (Dkt. 8); Proof of Service of Summons – Melissa Ramirez (Dkt. 9); Proof of Service of Summons – Alexandra Ronces (Dkt. 10); Proof of Service of Summons – Gladys Escobedo (Dkt. 11); Proof of Service of Summons – Evita Salas (Dkt. 12); Proof of Service of Summons – Antonia Lopez (Dkt. 13); Proof of Service of Summons – Rachel Simons (Dkt. 14); Proof of Service of Summons – Gloria Mejia (Dkt. 15); Proof of Service of Summons – Stephanie Morales (Dkt. 16); Proof of Service of Summons – Laura Luna (Dkt. 17); Proof of Service of Summons – Sandra Jimenez (Dkt. 18); Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 Days (Dkt. 19); Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 20); (Proposed) Order on request for Approval of Substitution or Withdrawal of Attorney (Dkt. 20-1); Notice to Filer of Deficiencies in Electronically Filed Documents (Dkt. 21); Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 22); (Proposed) Order on request for Approval of Substitution or Withdrawal of Attorney (Dkt. 22-1); Scheduling Notice to Plaintiff and Order (Dkt. 23); Plaintiff Karla Garcia Aranda's Request for Dismissal (Dkt. 24); Proposed Order re: Plaintiff Karla Garcia Aranda's Request for Dismissal (Dkt. 24-1); Order on request for Approval of Substitution or Withdrawal of Attorney (Dkt. 25); Order re: Plaintiff Karla Garcia Aranda's Request for Dismissal (Dkt. 26); Defendants' Notice of Rule 12(b)(6) Motion and Motion to Dismiss Plaintiffs' Complaint (Dkt. 27); Proposed Order in Support of Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint (Dkt. 27-1); Order Setting Scheduling Conference (Dkt. 28); Statement of Non-Opposition to Defendants' Rule 12(b)(6) Motion by Plaintiff Karla Garcia Aranda and by Minor Plaintiff, B.A., by his Guardian Ad Litem, Karla Garcia Aranda Only (Dkt. 29); Notice of Court's Order Setting Scheduling Conference (Dkt. 30); Exhibit 1 to Notice of Court's Order Setting Scheduling Conference (Dkt. 30-1); Declaration of Olu K. Orange as Incoming Counsel Requesting 30-Day Continuance; Exhibits (Dkt. 31); Exhibit A to the Declaration of Olu Orange (Dkt. 31-1); Exhibit B to the Declaration of Olu Orange (Dkt. 31-2); Exhibit C to the Declaration of Olu Orange

(Dkt. 31-3); Exhibit D to the Declaration of Olu Orange (Dkt. 31-4); Notice of Withdrawal of Statement of Notice of Non-Opposition and Request for 30-Day Continuance of Defendants' Rule 12(b)(6) Motion for Incoming Counsel to Respond to the Motion by Plaintiff Karla Garcia Aranda and Minor Plaintiff, B.A., by his Guardian Ad Litem, Karla Garcia Aranda (Dkt. 32); Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 33); (Proposed) Order on Request for Approval of Substitution or Withdrawal of Attorney (Dkt. 33-1); Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 34); (Proposed) Order on Request for Approval of Substitution or Withdrawal of Attorney (Dkt. 34-1); Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 35); (Proposed) Order on Request for Approval of Substitution or Withdrawal of Attorney (Dkt. 35-1); First Amended Complaint for Damages (Dkt. 36); Notice of Appearance or Withdrawal of Counsel (Dkt. 37); Notice to Filer of Deficiencies in Electronically Filed Documents (Dkt. 38); Defendants' Request for Junior Counsel to Appear at Hearing on Motion to Dismiss (Dkt. 39); Proposed Order Granting Defendants' Request for Junior Counsel to Appear at Hearing on Motion to Dismiss (Dkt. 39-1); Order re Submission of Proposed Order (Dkt. 40); Order on Request for Approval of Substitution or Withdrawal of Attorney (Dkt. 41); Order on Request for Approval of Substitution or Withdrawal of Attorney (Dkt. 42); Order on Request for Approval of Substitution or Withdrawal of Attorney (Dkt. 43); Notice of Appearance of Counsel – Dan Stormer (Dkt. 44); Notice of Appearance of Counsel – Brian Olney (Dkt. 45); Defendants' Notice of Rule 12(b)(6) Motion and Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 46); Order to Strike Electronically Filed Documents (Dkt. 47); Defendants' Corrected Notice of Rule 12(b)(6) Motion and Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 48); Notice re Conformed Filed Copy of Complaint (dated March 11, 2019)