UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 19-01770 RGK (RAOx)     Date: October 29, 2019
Title:  Karla Garcia Aranda et al. v. County of Los Angeles et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Erica Valencia | Tape No.: CS 10/29/2019 |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart System |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Brian D. Olney                                Ryan A. Graham
Rachel Steinbeck

**Proceedings:**     **MINUTES OF TELEPHONIC DISCOVERY HEARING [97]**

     The case was called and counsel for the parties entered their appearances telephonically. The Court and counsel discussed the pending discovery dispute.

     Counsel will meet and confer regarding the terms of a protective order. Counsel will file a joint proposed protective order by close of business on **November 1, 2019**. To the extent counsel disagree on the terms of the protective order, counsel will note his/her objections and submit proposed language to the Court in the joint submission.

     Counsel are ordered to meet and confer on any remaining discovery disputes prior to requesting an informal discovery conference. If the parties are unable to resolve the remaining disputes, they are directed to contact the Court to schedule a telephonic hearing for the week of November 11, 2019.

     **IT IS SO ORDERED.**

0 : 29
Initials of Preparer    dl