Dan Stormer, Esq. [S.B. # 101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel continued on next page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA GARCIA ARANDA, an individual; ALFREDO ARANDA, an individual; and Minor Plaintiff B.A., by and through his Guardian *ad Litem* Robert Jacobs,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a public entity, LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, a subdivision of the County of Los Angeles; RUBEN JIMENEZ, an individual; MELISSA RAMIREZ, an individual; LYDIA BUENO, an individual; ALEXANDRA RONCES, an individual; GLADYS ESCOBEDO, an individual; EVITA SALAS, an individual, ANTONIA LOPEZ, an individual; RACHEL SIMONS, an individual; GLORIA MEJIA, an individual; STEPHANIE MORALES, an individual; LAURA LUNA, an individual; SANDRA JIMENEZ, an individual; OFFICER PACHECO, an individual; OFFICER ESPINOZA, an individual, and DOES 1- 10,<br><br>　　　　　Defendants. | Case No.: 19-cv-01770-RGK (RAO)<br><br>[Assigned to the Honorable R. Gary Klausner– Courtroom 850]<br><br>**NOTICE OF ERRATA RE: SECOND AMENDED COMPLAINT AND [PROPOSED] THIRD AMENDED COMPLAINT**<br><br>Complaint filed:　　August 15, 2018<br>Discovery Cut-Off:　January 2, 2020<br>Motion Cut-Off:　　January 16, 2020<br>Trial Date:　　　　March 31, 2020 |

NOTICE OF ERRATA

1  [Additional Counsel continued from previous page]

2
3  Olu K. Orange, Esq. (SBN 213653)
   o.orange@orangelawoffices.com
   ORANGE LAW OFFICES, P.C.
4  3435 Wilshire Boulevard, Suite 2910
   Los Angeles, California 90010
5  TEL: (213) 736-9900
   FAX: (213) 417-8800

6

7  Rachel Steinback (SBN 310700)
   LAW OFFICE OF RACHEL STEINBACK
8  P.O. Box 291253
   Los Angeles, CA 90029
9  Telephone: (213) 537-5370
   Facsimile: (213) 232-4003
10 Email: steinbacklaw@gmail.com

11
   Attorneys for Plaintiffs
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ERRATA

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs' prior counsel had made several references to Minor Plaintiff B.A.'s name in the original pleading.  Current counsel had removed all such references in the Second Amended Complaint and proposed Third Amended Complaint filed on September 15, 2019, *see* Dkt Nos. 82, 83-1, but inadvertently failed to remove those references from the Second Amended Complaint filed on October 29, 2019 and the Proposed Third Amended Complaint filed on November 4, 2019.  *See* Dkt Nos. 100, 105-1.  Plaintiffs have replaced all references to B.A.'s name with "B.A." in the amended pleadings filed herewith. *See* Dkt. Nos. 108, 109. Plaintiffs respectfully request that the Court remove Dkt Nos. 100 and 105-1 from the Court's docket.

Dated: November 6, 2019                    Respectfully Submitted,

                                           HADSELL STORMER RENICK & DAI LLP

                                           By:    /s/ Brian Olney
                                                  Brian Olney
                                           Attorneys for Plaintiffs

NOTICE OF ERRATA                -1-