UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 19-01770 RGK (RAOx)  Date: December 20, 2019
Title: Karla Garcia Aranda et al. v. County of Los Angeles et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: XTR 12/20/2019 |
|---|---|
| Deputy Clerk | Court Recorder: XTR System |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Brian D. Olney | Ryan A. Graham |

**Proceedings:**   **MINUTES RE: TELEPHONIC DISCOVERY HEARING**

   The case was called and counsel entered their appearances telephonically. The Court and counsel discussed the current discovery disputes. A separate order to be issued.

                                                                                                1 : 09
                                                            Initials of Preparer:    dl