Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
Alexa L. Halloran, Esq., Bar No.: 315470
ahalloran@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel ....818.562.5800
Fax....818.562.5810

*Attorneys for Defendants,*
County of Los Angeles (inclusive of the "Los Angeles Department of Children and Family Services," erroneously named as a distinct entity), Escobedo, Espinoza, Ruben Jimenez, Sandra Jimenez, Lara, Lopez, Luna, Mejia, Morales, Pacheco, Ramirez, Ronces, Salas, Silva, and Simons.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA ARANDA GARCIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:19-CV-1770-RGK-RAO<br>Hon. R. Gary Klausner (Dist. Judge)<br>Hon. Rozella A. Oliver (Mag. Judge)<br><br>**[PROPOSED] ORDER DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER**<br><br>Complaint Filed: August 15, 2018<br>FAC Filed: May 8, 2019<br>SAC Filed: September 15, 2019<br>SAC Filed: November 12, 2019<br>TAC Filed: December 6, 2019<br>Trial: March 31, 2020 |

Having reviewed Defendants' Ex Parte Application to Modify the Scheduling Order, the Court finds that Defendants have shown good cause to modify the scheduling order. Defendants have also shown good cause for relief on an ex parte basis.

///

///

///

Accordingly, the Court makes the following orders:

The scheduling order is modified to continue the dates as follows:

1. The Motion for Summary Judgment deadline from February 4, 2020 to March 3, 2020;
2. The Pretrial Conference from March 16, 2020 to ~~April 13~~ May 4, 2020; and
3. The Jury Trial from March 31, 2020 to ~~April 28~~ May 19, 2020. AT 9:00 AM

Defendants shall file their Answer no later than February 20, 2020

IT IS SO ORDERED.

FEB 1 8 2020

_____
R. Gary Klausner
~~Chief~~ District Judge