NOTE: CHANGES MADE BY THE COURT

Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
Alexa L. Halloran, Esq., Bar No.: 315470
ahalloran@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel ....818.562.5800
Fax....818.562.5810

*Attorneys for Defendants,*
County of Los Angeles (inclusive of the "Los Angeles Department of Children and Family Services," erroneously named as a distinct entity), Escobedo, and Lara.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA ARANDA GARCIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:19-CV-1770-RGK-RAO <br> Hon. R. Gary Klausner (Dist. Judge) <br> Hon. Rozella A. Oliver (Mag. Judge) <br><br> **JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C. § 1983** <br><br> Complaint Filed:  August 15, 2018 <br> Trial:  May 19, 2020 |

1

**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C. § 1983**
Case No. 2:19-CV-1770-RGK-RAO

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Whereas Defendants County of Los Angeles (inclusive of the "Los Angeles Department of Children and Family Services," erroneously named as a distinct entity), Escobedo, and Lara (collectively, "Defendants") filed a Motion for Summary Judgment and/or Motion for Partial Summary Judgment on all remaining claims against them alleged in Plaintiffs B.A. and Karla Garcia Aranda's Fourth Amended Complaint on March 3, 2020;

Whereas the aforementioned Motion came for hearing on April 6, 2020, before the Honorable R. Gary Klausner, United States District Court Judge presiding;

Whereas, the Court having read and considered the papers submitted both in support of and in opposition to the Motion, and based upon the hearing, the papers and pleadings on file in this matter,

**GOOD CAUSE HAVING BEEN FOUND**, the Court hereby **GRANTS** Defendants' Motion for Summary Judgment as to Plaintiffs, B.A. and Karla Garcia Aranda's, claim arising under 42 U.S.C. § 1983, entering judgment in favor of Defendants and against Plaintiff on that claim. Plaintiffs' remaining state law claims are remanded to the Superior Court. ~~The Court's Order dated June 1, 2020 is attached hereto as **Exhibit A**.~~

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants County of Los Angeles (inclusive of the "Los Angeles Department of Children and Family Services," erroneously named as a distinct entity), Escobedo, and Lara have judgment

2

JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C. § 1983
Case No. 2:19-CV-1770-RGK-RAO

entered in their favor forthwith as to Plaintiffs' claim arising under 42 U.S.C. § 1983, entering judgment in favor of Defendants and against Plaintiff on that claim. ~~It is further ordered and adjudged that Defendants recover their costs.~~ Any motion for costs shall be brought by a bill of costs motion before the clerk of court.

**IT IS SO ORDERED**.

DATED: June 8, 2020

_____
HON. R. GARY KLAUSNER

3

JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS' CLAIM ARISING UNDER 42 U.S.C. § 1983
Case No. 2:19-CV-1770-RGK-RAO