Dan Stormer, Esq. [S.B. # 101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Attorneys for Plaintiffs

[Additional Counsel continued on next page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA GARCIA ARANDA, an individual; and Minor Plaintiff B.A., by and through his Guardian *ad Litem*, Robert Jacobs,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity, LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, a subdivision of the County of Los Angeles; ILANA LARA, an individual; GLADYS ESCOBEDO, an individual, and DOES 1- 10,<br><br>Defendants. | Case No.: 19-cv-01770-RGK (RAO)<br><br>[Assigned to the Honorable R. Gary Klausner– Courtroom 850]<br><br>**DECLARATION OF MINOR PLAINTIFF B.A. IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Complaint filed:     August 15, 2018 |

[Additional Counsel continued from previous page]

Olu K. Orange, Esq. (SBN 213653)
o.orange@orangelawoffices.com
ORANGE LAW OFFICES, P.C.
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 90010
TEL: (213) 736-9900
FAX: (213) 417-8800

Rachel Steinback (SBN 310700)
LAW OFFICE OF RACHEL STEINBACK
3435 Wilshire Blvd, Suite 2910
Los Angeles, CA 90010
Telephone: (213) 537-5370
Facsimile: (213) 232-4003
Email: steinbacklaw@gmail.com

Attorneys for Plaintiffs

# DECLARATION OF B.A.

I, B.A., hereby declare and say:

1. I am a Plaintiff in the instant action and have personal knowledge of the information contained in this Declaration. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2. I am 17 years old. I am currently in high school.

3. I have no income, savings, or assets.

4. I am unable to pay Defendants' costs in this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 1st day of July, 2020, in Pasadena, California.



B.A.

B.A. DECL IN SUPP PLFS' OBJS TO DEFTS' APPLICATION TO TAX COSTS

-1-